IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-775-RJC-DCK

| | |
|---|---|
| SHOLEH SHARIAT, and MAJID RAMEZANIAN, <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI US SERVICES INC. and SANOFI-AVENTIS U.S. LLC, <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Allison Mullins, concerning Matthew Palmer Lambert, on November 22, 2023. Matthew Palmer Lambert seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Matthew Palmer Lambert is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 27, 2023

David C. Keesler
United States Magistrate Judge