# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-775-RJC-DCK

| | |
|---|---|
| SHOLEH SHARIAT, and MAJID RAMEZANIAN, <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI US SERVICES INC. and SANOFI-AVENTIS U.S. LLC, <br><br> Defendant. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Eric Goodheart, concerning Micah L. Dobbs, on November 22, 2023. Micah L. Dobbs seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Micah L. Dobbs is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: November 27, 2023

David C. Keesler
United States Magistrate Judge