# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-775-RJC-DCK

| | |
|---|---|
| SHOLEH SHARIAT, and MAJID RAMEZANIAN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| SANOFI US SERVICES INC. and SANOFI-AVENTIS U.S. LLC, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Eric Goodheart, concerning Stephen E. Nichols, on November 22, 2023. Stephen E. Nichols seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Stephen E. Nichols is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: November 27, 2023

David C. Keesler
United States Magistrate Judge